UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHRISTIAN RUIZ BAPTISTE,<br><br>    Plaintiff,<br>v.<br><br>HAT WORLD INC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 12-05209 PJH (MEJ)<br><br>**ORDER RE OCTOBER 28, 2013 LETTER RE OSH DOCUMENTS** [Dkt. No. 54] |

On October 28, 2013, Defendant Michael Somoon filed a letter regarding the actions to be taken with respect to email messages produced by non-party Orchard Supply Hardware, which the Court addressed in its October 18, 2013 Discovery Order (Dkt. No. 46). To determine whether Plaintiff is entitled to retain these emails, the Court **ORDERS** that the parties submit copies of the emails in dispute to the Court for in-camera review by 5:00 p.m. on October 29, 2013.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
Maria-Elena James
United States Magistrate Judge