UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHRISTIAN RUIZ BAPTISTE | No. C 12-05209 PJH (MEJ) |
| Plaintiff, | **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |
| v. | |
| LIDS; HAT WORLD INC., *et al.*, | |
| Defendants. | |
| _____/ | |

The Court is in receipt of Plaintiff's counsel, Elizabeth Tange's, requests for telephonic conference to enforce the Court's meet and confer requirements re Plaintiff's subpoenas to the San Francisco Police Department and Office of Citizen Complaints for Officer Noel Schwab and Adam Street's Records. Dkt. Nos. 52, 53. In the requests, Ms. Tange states that counsel for the San Francisco Police Department, Blake Loebs, and counsel for the Office of Citizen Complaints, Manuel Fortes, have failed to comply with discovery obligations. Pursuant to the undersigned's discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. The Court requires parties to meet and confer and submit a joint letter because it allows the disputed issues to be distilled and each of the arguments framed in a manner that allows the Court to rule on them efficiently. As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer, in person, on **November 1, 2013 at 11:00 a.m.** in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery dispute. In the event that the parties are unable to resolve their

disputes, they shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and a USB port-compatible storage medium (such as a thumb drive) to use in drafting said letter. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

If the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: October 29, 2013

_____
Maria-Elena James
United States Magistrate Judge