1

2

3

4                          UNITED STATES  DISTRICT COURT

5                            Northern District of California

6

7   CHRISTIAN RUIZ BAPTISTE,                    No. C 12-05209 PJH (MEJ)

8                        Plaintiff,             **DISCOVERY ORDER RE EMAILS
                                                PRODUCED BY OSH**
        v.
9
    LIDS; HAT WORLD INC,                        [Dkt. Nos. 54, 58]
10
                         Defendants, *et al.*,
11   _____/

12

13          On October 28, 2013, Defendant Michael Somoon filed a letter regarding the three emails

14   produced by Orchard Supply Hardware.  Dkt. No. 54.  Specifically, Defendant argues that pursuant to

15   the Court's October 18, 2013 Discovery Order, Plaintiff must return the documents.  In a separate

16   letter, filed the same day, Plaintiff maintains that because "the documents constitute discriminatory

17   animus toward's Plaintiff's protected class," he should not be required to return the emails.  Dkt. No.

18   58.  To resolve this dispute, Defendant requested that the Court conduct an in-camera review of the

19   emails at issue, and Plaintiff subsequently filed the emails as attachments to his letter.  After

20   reviewing the emails and considering the parties' arguments, the Court finds that Plaintiff may retain

21   the emails, as they fall within the bounds of discoverable evidence under Federal Rule of Evidence

22   401.  Defendant may challenge the admissibility of such evidence and whether the emails support

23   Plaintiff's claim of discrimination by objection or in its argument on summary judgment before the

24   presiding judge.

25          **IT IS SO ORDERED.**

26

27   Dated: October 29, 2013

28                                              _____
                                                Maria-Elena James
                                                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**