UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN RUIZ BAPTISTE,

    Plaintiff,

    v.

LIDS; HAT WORLD INC.; et al.,

    Defendants.

No. C 12-5209 PJH

**ORDER VACATING HEARING DATE**

    The date for the hearing on plaintiff's motion to vacate the judgment, previously set for April 9, 2014, is VACATED. The court will rule on the papers.

**IT IS SO ORDERED.**

Dated: April 4, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge